IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 DEC 14 A 9:37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sonja Elaine Whitlow )
Full name and prison number of )
plaintiff(s) )

v. )

CIVIL ACTION NO. 3:05CV1189-F
(To be supplied by the Clerk of the
U.S. District Court)

Gregory Morgan )
Brenda Bryant )

Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (✓) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (✓) No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) Sonja E. Elaine Whitlow

Defendant(s) Judge Gregory Morgan
Brenda Bryant

2. Court (if federal court, name the district; if state court, name the county)

Middle District

3. Docket No. Forgot

4. Name of Judge to whom case was assigned Charles S. Coody

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? dismissed, lack of evidences

6. Approximate date of filing lawsuit May, 2005

7. Approximate date of disposition July 2005

II. PLACE OF PRESENT CONFINEMENT Opelika police Department

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Opelika Municipal Court.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Brenda Bryant – Jergen Photograph | South 10th street Opelika, Al |
| 2. | Judge Gregory morgan – | Opelika police Department |
| 3. | 501 South 10th street opelika, Al 36801 | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Aug. 27 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: denied the right to an an attorney

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

It occurred around 3:00 P.M. in the court was the [illegible] called on the [illegible] [illegible] being allowed to have an attorney, Brenda Bryant, Gregory morgan.

GROUND TWO: Defraud

SUPPORTING FACTS: She place my lights in someone eles name [illegible] Light and power company and they mailed a check out!

GROUND THREE: inefficance assistance

SUPPORTING FACTS: She don't even give me any food that's equal to a ballance meal nor my weekly allowance to buy my necessities!

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the federal Government to investigated how much money is missing! and filed federal charges for embezzlements! $10,000.00

Sonja E. Whitlow
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-13-05
(date)

Sonja E. Whitlow
Signature of plaintiff(s)

[illegible]