IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SONJA E. WHITLOW, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 3:05-CV-1189-MEF
)
GREGORY MORGAN, et al., )
)
Defendants. )

**O R D E R**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on December 14, 2005 (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE