United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Miguel J. Cortez
Clerk

In Replying Give Number
Of Case And Names Of Parties

Effective November 1, 2003, the fee to file an appeal increases from $105 to the new fee of $255

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

---

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now REQUIRES that all prisoners pay the Court's ~~$100~~ docket fee plus $5 filing fee (for a total of $105) when appealing any civil judgment. $250.00

If you wish to appeal in a civil case that Act now requires that upon filing a notice of appeal you *either*:

(1) pay the total ~~$105~~ $255.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an ***initial partial fee*** of at least 20% of the greater of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $105 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $105 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, **but the total $105 fee will be assessed against and will be deducted from future deposits to your prison account.)**

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $105 fee is collected, even if an appeal is unsuccessful.

MIGUEL J. CORTEZ
Clerk

Rev.: 6/96